UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AXOS BANK, a federally chartered savings
bank,

                          Plaintiff,

            -against-

64-03 REALTY LLC, WING FUNG CHAU,
and WENDY CHAU,

                        Defendants.
----------------------------------------------------------X

**REPORT AND**
**RECOMMENDATION**
20 CV 3549 (RPK) (CLP)

**POLLAK**, Chief United States Magistrate Judge:

       On August 6, 2020, plaintiff Axos Bank commenced this action, seeking to enforce a Business Promissory Note and Security Agreement (the "Note") against defendant 64-03 Realty LLC ("64-03"), and the Guarantors on the Note, defendants Wing Fung Chau and Wendy Chau. (Compl.[1] ¶¶ 1, 4, 5, 6). Currently pending before this Court is plaintiff's motion for default judgment against defendant 64-03.

       Under Local Rule 7.1 of this Court, all motions, except for letter motions, must include, among other things, "[a] memorandum of law setting forth the cases and other authorities relied upon in support of the motion. . . ." Plaintiff in this case has failed to provide the Court with a Memorandum of Law as required by the Rule and has failed to set forth the case law and other authority in support of its motion for default judgment.

       Accordingly, it is respectfully recommended that the district court deny plaintiff's motion for default judgment, without prejudice. It is further recommended that if plaintiff wishes to submit a new motion for default judgment, that, in addition to addressing the bases upon which it seeks entry of a default judgment, it should include in its memorandum of law a discussion of the

---

[1] Citations to "Compl." refer to the plaintiff's First Amended Complaint, filed on August 24, 2020.

interest rate applied to the Note. (See 4/1/2021 Letter, ECF No. 34, submitted by defendants Wing Fung Chau and Wendy Chau).

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report. Failure to file objections within the specified time waives the right to appeal the District Court's Order. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(e), 72; Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008).

Plaintiff's counsel is Ordered to serve a copy of this Report and Recommendation on 64-03 by mail and file proof of service on the docket.

The Clerk is directed to send copies of this Report and Recommendation to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
      August 9, 2021

/s/ Cheryl L. Pollak
Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York